UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                Plaintiff,

    v.

HEALTH INSURANCE COMMISSIONER OF WASHINGTON ET AL,

                Defendants.

Case No. 3:23-cv-05612-JHC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Because plaintiff does not appear to have funds available to afford the $402 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, based on the allegations in the proposed complaint, it is unclear if plaintiff has adequately stated a claim upon which relief can be granted. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to District Judge John H. Chun.

Dated this 28th day of July, 2023.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1