UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIFFANY RECINOS,

          Plaintiff,

    v.

HEALTH INSURANCE COMMISSIONER
OF WASHINGTON STATE, ET AL.,

          Defendants.

CASE NO. 3:23-cv-05612-JHC

ORDER

The Court STRIKES the pending motions (Dkt. ## 36, 39, 40) and disregards certain other filings by Plaintiff (for example, Dkt. ## 33, 37, 38, 41).  None is procedurally proper.  As the Court stated in its prior order (Dkt. # 30 at 4), Plaintiff's "motions" and "letters" look more like statements of facts, evidence, and requests for relief.  These may not be submitted as standalone filings.

Throughout this case, Plaintiff has submitted numerous improper filings to the Court. Absent compelling circumstances, Plaintiff *may not file* any other motions or other filings (except for one amended complaint, as described below) until the Court reviews her amended complaint.

After the Court's previous order, it appears Plaintiff tried to file multiple amended complaints.  *See* Dkt. ## 32, 34, 35.  This too was improper, as Plaintiff was entitled to file only *one* amended complaint.  The Court will grant Plaintiff the opportunity to file *one* final, amended complaint by August 28, 2023 (the deadline set by the Court's prior order, Dkt. # 30 at 4), if she wishes to do so.  That amended complaint should contain all facts and claims for relief that Plaintiff would like considered.  No other filing—including past amended complaints—will be considered.  If Plaintiff elects not to file an amended complaint, the Court will consider *only* the most recent amended complaint, found at Dkt. # 35.

Failure to comply with any part of this order may result in dismissal of the case under Federal Rule of Civil Procedure 41(b).

Dated this 14th day of August, 2023.

John H. Chun
United States District Judge

ORDER - 2