UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>               Plaintiff,<br><br>   v.<br><br>HEALTH INSURANCE COMMISSIONER OF WASHINGTON STATE, ET AL.,<br><br>               Defendants. | CASE NO. 3:23-cv-05612-JHC<br><br>ORDER LIMITING PLAINTIFF'S FILINGS |

The Court dismissed Plaintiff's complaint without leave to amend on August 14, 2023. Dkt. # 47. That same day, the Court entered judgment and the Clerk closed the case. Dkt. # 48. While the case is closed, Plaintiff continues to file various motions, briefs, letters, and affidavits on the docket.[1] See Dkt. ## 49–54.

The Court DENIES Plaintiff's "Motion for Sign Language Class."[2] Dkt. # 50. The Court does not understand how this motion relates to the case, which did not involve any oral communication that might require knowledge of sign language. Nor does the motion cite any authority that such relief would be justified. And in any event, the motion is procedurally

---

[1] Plaintiff filed numerous documents of the same nature before the Court dismissed the case. See, e.g., Dkt. ## 9–19, 23–24, 26–27, 33, 36–40.
[2] The motion's title also requests "SSA Alotments [sic] for my Dependents to Begin." Dkt. # 50 at 1. But the motion does not explain what this means.

ORDER LIMITING PLAINTIFF'S FILINGS - 1

improper.  The Court STRIKES Plaintiff's other post-judgment filings as improper.  Dkt. ## 49, 51–55.

The Court reminds Plaintiff that this case is closed and that the Court has entered judgment.  The Clerk is DIRECTED not to file on the docket any future filings from Plaintiff in this case, except for a notice of appeal, motion for reconsideration, or Rule 60 motion.

Dated this 21st day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER LIMITING PLAINTIFF'S FILINGS - 2