1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTH INSURANCE COMMISSIONER OF WASHINGTON STATE, ET AL.,<br><br>    Defendants. | CASE NO. 3:23-cv-05612-JHC<br><br>ORDER |

Before the Court is Plaintiff's "Motion for Voluntary Dismissal and SUMMARY JUDGMENT." Dkt. # 57. The entire motion states as follows:

> Plaintiff now through CR 12 and CR 41A **voluntarily dismisses** above mentioned Superior Court case and **motions the court for <u>Summary Judgment $30 million</u>**, while simultaneously opening new case with Mike Kriedler at District court No. 3:23-CV-05780-LK.

*Id.* at 1 (emphasis in original).

The Court DENIES the motion. This case is closed; the Court has dismissed the complaint without leave to amend and entered judgment. Dkt. ## 47, 48. Plaintiff cannot move for summary judgment—much less summary judgment for $30 million dollars, without any explanation—after the Court entered judgment.

ORDER - 1

Plaintiff also claims to "voluntarily dismiss[]" her case.  Dkt. # 57 at 1.  But the Court has already issued a final order dismissing the case without leave to amend.  Dkt. # 47.

The Court previously warned Plaintiff that she may not file any additional materials or motions other than a proper motion for reconsideration, post-judgment motion, or notice of appeal.  Dkt. # 56 at 2.  Plaintiff is reminded that she must abide by the Court's order, and that failure to do so may result in sanctions.

Dated this 1st day of September, 2023.

John H. Chun
United States District Judge

ORDER - 2