UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY RECINOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEALTH INSURANCE COMMISSIONER OF WASHINGTON STATE, ET AL.,<br><br>　　　　Defendants. | CASE NO. 3:23-cv-05612-JHC<br><br>ORDER |

　　This matter comes before the Court on Plaintiff's "Motion to Vacate Judgment Via RCW 4.72.020." Dkt. # 66.   The motion is procedurally improper.  RCW 4.72.020 is a procedural rule that applies to state court proceedings and not this federal proceeding.  Accordingly, the Court STRIKES the motion.

　　Dated this 3rd day of October, 2023.

*John H. Chun*
―――――――――――――
John H. Chun
United States District Judge

ORDER - 1